E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983.

NAME _WEAVER_   _WILLIE_
       (LAST)    (FIRST) (INITIAL)

PRISONER NUMBER _T-91389_

INSTITUTIONAL ADDRESS _PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531_

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CV 08 2456 JW (PR)

_WILLIE WEAVER_
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED BY THE CLERK OF COURT)

VS.

_WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT CORRECTIONAL OFFICERS' FIRST WATCH 05/07/08_
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD. THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT _P.B.Y_
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (X) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

appeal at each level of review, if you did not pursue a certain level of appeal explain why.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. Is the last level to which you appealed the highest level of appeal available to you?
YES ( )   NO ( )

F. If you did not present your claim for review through the grievance procedure.
EXPLAIN WHY. ___ STILL BEING PROCESSED ___

II. PARTIES
A. Write your name and your present address. Do the same for additional plaintiffs, if any. WILLIE WEAVER
PELICAN BAY STATE PRISON P.O. BOX 7000
CRESCENT, CA. 95531.
B. Write the full name of each defendant, his or her official position, and his or her place of employment.
PELICAN BAY STATE PRISON P.O. BOX 7000
CRESCENT CITY, CA. WARDEN, ASSIST WARDEN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS 05/07/08 FIRST WATCH.

COMPLAINT   - 2 -

STATEMENT OF CLAIM
State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates. When possible do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Sleep deprivation of plaintiff of his sleep on first watch from his neighbor's in cell 211, 209, 207, 110. He's being awoken sleep sensory device machine. These are witness that are having the same problem John Rabe D-58062, Corlos Lutz, Montellow. Defendan shown deliberate indifference under the Eight Amendment that constitue cruel unusal punisher on 05/07/08.

IV. RELIEF
Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want are the court to do for you. Make no legal arguments, cite no cases or statutes.

Liability damages: 50,000 fifty thousand dollar due to: harassment, conspiracy, U.S contitution violation

Punitive damages: 50,000 fifty thousand dollar due to: mental anguish, stress disorer,

I declare under penalty of perjury that the forgoing is true and correct.
Signed this _05_ day of _05_ 20 _08_
COMPLAINT      -3-

